1 WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheri Smith,<br><br>          Plaintiff,<br><br>v.<br><br>Interstate Commission of Adult Offender Supervision, et al.,<br><br>          Defendants. | No. CV-17-04770-PHX-DLR (ESW)<br><br>**ORDER** |

The Court has considered New Mexico Defendants' Motion to Stay Pending Resolution of Their Motion to Dismiss (Doc. 84) and Plaintiff's Objection for Motion to Stay (Doc. 94). Plaintiff's Objection addresses the merits of Defendants' Motion to Dismiss (Doc. 19), rather than the efficacy and merits of a stay in the case pending the Court's ruling on the Motion to Dismiss (Doc. 19). The Court in its discretion finds that a stay as to the New Mexico Defendants furthers the ends of judicial economy and efficiency and does not unduly burden or unfairly prejudice the parties.

For good cause shown,

IT IS ORDERED granting New Mexico Defendants' Motion to Stay Pending Resolution of Their Motion to Dismiss (Doc. 84). New Mexico Defendants are relieved

of any pleading, discovery or other obligation pending the Court's ruling on their Motion to Dismiss (Doc. 19).

Dated this 5th day of July, 2018.

Honorable Eileen S. Willett
United States Magistrate Judge